

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00630-CV

Rowland J. **MARTIN**,
Appellant

v.

**BEXAR COUNTY**, City of San Antonio and San Antonio Independent School District,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-19099
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice (not participating)

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

It is so **ORDERED** on October 23, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court